Brian J. Mullen
P.O. Box 32247
Phoenix, AZ 85064

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** ARIZONA
PHOENIX **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SURFECT HOLDINGS INC | § | Case No. 09-19665-PHX |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/17/2009 . The undersigned trustee was appointed on 08/17/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 20,860.13

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 9,281.66 |
| Bank service fees | | 255.59 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 11,322.88 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/28/2010 and the deadline for filing governmental claims was 05/28/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,836.01 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,836.01 , for a total compensation of $ 2,836.01 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 96.16 , for total expenses of $ 96.16 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/07/2013 By:/s/BRIAN J. MULLEN
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



Exhibit A

Case No: 09-19665-PHX RJH Judge: RANDOLPH J. HAINES
Case Name: SURFECT HOLDINGS INC

For Period Ending: 05/07/13

Trustee Name: BRIAN J. MULLEN
Date Filed (f) or Converted (c): 08/17/09 (f)
341(a) Meeting Date: 09/22/09
Claims Bar Date: 05/28/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SECURITY DEPOSITS AND REFUNDS (u) | 5,500.00 | 529.26 | | 529.26 | FA |
| 2. FINANCIAL ACCOUNTS (u) | 121.33 | 121.33 | | 121.33 | FA |
| 3. ACCOUNTS RECEIVAB;E (u) | 19,550.00 | 0.00 | | 0.00 | FA |
| 4. TRADEMARKS AND PATENTS (u) | 294,838.00 | 0.00 | | 0.00 | FA |
| 5. COMPUTERS AND SOFTWARE (u) | 21,544.05 | 0.00 | | 0.00 | FA |
| 6. BUSINESS MACHINES AND TOOLS (u) | 231,628.96 | 20,203.50 | | 20,203.50 | FA |
| 7. INVENTORY (u) | 373,366.00 | 0.00 | | 0.00 | FA |
| 8. LEASEHOLD IMPROVEMENTS (u) | 279.65 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 6.04 | | 6.04 | FA |
| TOTALS (Excluding Unknown Values) | $946,827.99 | $20,860.13 | | $20,860.13 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/15/11 Current Projected Date of Final Report (TFR): 12/31/12



Case 2:09-bk-19665-RJH Doc 61 Filed 05/09/13 Entered 05/09/13 12:51:10 Desc Main Document Page 3 of 17

Exhibit B

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No: | 09-19665-PHX -RJH | Trustee Name: | BRIAN J. MULLEN |
| Case Name: | SURFECT HOLDINGS INC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******1418 Checking Account |
| Taxpayer ID No: | *******3176 | | |
| For Period Ending: | 05/07/13 | Blanket Bond (per case limit): | $ 52,854,941.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/24/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 11,398.12 | | 11,398.12 |
| 11/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 11,383.12 |
| 12/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 11,368.12 |
| 01/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 11,353.12 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 11,338.12 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.24 | 11,322.88 |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 11,398.12 | 75.24 | 11,322.88 |
| Less: Bank Transfers/CD's | 11,398.12 | 0.00 | |
| Subtotal | 0.00 | 75.24 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 75.24 | |

| | | |
|---|---|---|
| Page Subtotals | 11,398.12 | 75.24 |

Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-19665-PHX -RJH
Case Name: SURFECT HOLDINGS INC

Taxpayer ID No: *******3176
For Period Ending: 05/07/13

Trustee Name: BRIAN J. MULLEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******4926 BofA - Money Market Account

Blanket Bond (per case limit): $ 52,854,941.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/28/09 | 1 | SRP | FUNDS ON DEPOSIT | 1129-000 | 207.06 | | 207.06 |
| 09/28/09 | 1 | SALESFORCE.COM | REFUND | 1129-000 | 322.20 | | 529.26 |
| 10/04/09 | 2 | CITY NATIONAL BANK | FUNDS IN BANK ACCOUNT | 1129-000 | 121.33 | | 650.59 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 650.60 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 650.62 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 650.64 |
| 01/15/10 | 6 | CUNNINGHAM & ASSOCIATES | AUCTION SALE PROCEEDS | 1129-000 | 19,863.50 | | 20,514.14 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 20,514.33 |
| 02/24/10 | 000301 | LANE & NACH<br>THE BROOKSTONE, SUITE 157<br>2025 NORTH THIRD STREET<br>PHOENIX, AZ 85004 | ATTORNEY FOR TRUSTEE - FEES | 3210-000 | | 5,106.50 | 15,407.83 |
| 02/24/10 | 000302 | LANE & NACH<br>THE BROOKSTONE, SUITE 157<br>2025 NORTH THIRD STREET<br>PHOENIX, AZ 85004 | ATTORNEY FOR TRUSTEE - EXPENSES | 3220-000 | | 113.25 | 15,294.58 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.46 | | 15,295.04 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,295.43 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.38 | | 15,295.81 |
| 05/07/10 | 000303 | CUNNINGHAM & ASSOCIATES<br>P.O. BOX 67087<br>PHOENIX, AZ 85082-7087 | AUCTIONEER FOR TRUSTEE - FEES | 3610-000 | | 1,986.35 | 13,309.46 |
| 05/07/10 | 000304 | CUNNINGHAM & ASSOCIATES<br>P.O. BOX 67087<br>PHOENIX, AZ 85082-7087 | AUCTIONEER FOR TRUSTEE - EXPENSES | 3620-000 | | 1,986.35 | 11,323.11 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 11,323.41 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,323.70 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,323.98 |

| | | |
|---|---|---|
| Page Subtotals | 20,516.43 | 9,192.45 |

Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-19665-PHX -RJH
Case Name: SURFECT HOLDINGS INC

Taxpayer ID No: *******3176
For Period Ending: 05/07/13

Trustee Name: BRIAN J. MULLEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******4926 BofA - Money Market Account

Blanket Bond (per case limit): $ 52,854,941.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 11,324.28 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,324.56 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,324.84 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,325.13 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,325.42 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,325.71 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,325.80 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,325.90 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,325.99 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,326.09 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,326.18 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,326.27 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,326.37 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,326.46 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,326.56 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.43 | 11,312.13 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,312.22 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.95 | 11,298.27 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,298.36 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.93 | 11,284.43 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,284.53 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.80 | 11,269.73 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,269.82 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.39 | 11,256.43 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,256.52 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.84 | 11,242.68 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,242.78 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.28 | 11,228.50 |

Page Subtotals 3.14 98.62

Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-19665-PHX -RJH
Case Name: SURFECT HOLDINGS INC
Taxpayer ID No: *******3176
For Period Ending: 05/07/13

Trustee Name: BRIAN J. MULLEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******4926 BofA - Money Market Account
Blanket Bond (per case limit): $ 52,854,941.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/30/12 | 6 | CUNNINGHAM & ASSOCIATES | PLATING MACHINE | 1229-000 | 340.00 | | 11,568.50 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,568.60 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.27 | 11,554.33 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,554.42 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.68 | 11,540.74 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,540.84 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.14 | 11,525.70 |
| 08/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,525.80 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.64 | 11,511.16 |
| 09/28/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,511.25 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.21 | 11,498.04 |
| 10/08/12 | 000305 | CUNNINGHAM & ASSOCIATES<br>P.O. BOX 67087<br>PHOENIX, AZ 85082-7087 | AUCTIONEER FOR TRUSTEE - FEES | 3610-000 | | 34.00 | 11,464.04 |
| 10/08/12 | 000306 | CUNNINGHAM & ASSOCIATES<br>P.O. BOX 67087<br>PHOENIX, AZ 85082-7087 | AUCTIONEER FOR TRUSTEE - EXPENSES | 3620-000 | | 55.21 | 11,408.83 |
| 10/24/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 11,408.91 |
| 10/24/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 10.79 | 11,398.12 |
| 10/24/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 11,398.12 | 0.00 |

Page Subtotals 340.56 11,569.06

Exhibit B

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No: | 09-19665-PHX -RJH | Trustee Name: | BRIAN J. MULLEN |
| Case Name: | SURFECT HOLDINGS INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4926 BofA - Money Market Account |
| Taxpayer ID No: | *******3176 | | |
| For Period Ending: | 05/07/13 | Blanket Bond (per case limit): | $ 52,854,941.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 20,860.13 | 20,860.13 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 11,398.12 | |
| | | | Subtotal | | 20,860.13 | 9,462.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 20,860.13 | 9,462.01 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********1418 | 0.00 | 75.24 | 11,322.88 |
| BofA - Money Market Account - ********4926 | 20,860.13 | 9,462.01 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 20,860.13 | 9,537.25 | 11,322.88 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

# ANALYSIS OF CLAIMS REGISTER

Case Number: 09-19665-PHX
Debtor Name: SURFECT HOLDINGS INC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9994<br>001<br>3620-00 | CUNNINGHAM & ASSOCIATES<br>P.O. BOX 67087<br>PHOENIX, AZ 85082-7087 | Administrative | | $55.21 | $55.21 | $0.00 |
| 9995<br>001<br>3610-00 | CUNNINGHAM & ASSOCIATES<br>P.O. BOX 67087<br>PHOENIX, AZ 85082-7087 | Administrative | | $34.00 | $34.00 | $0.00 |
| 9996<br>001<br>3620-00 | CUNNINGHAM & ASSOCIATES<br>P.O. BOX 67087<br>PHOENIX, AZ 85082-7087 | Administrative | | $1,986.35 | $1,986.35 | $0.00 |
| 9997<br>001<br>3610-00 | CUNNINGHAM & ASSOCIATES<br>P.O. BOX 67087<br>PHOENIX, AZ 85082-7087 | Administrative | | $1,986.35 | $1,986.35 | $0.00 |
| 9998<br>001<br>3220-00 | LANE & NACH<br>THE BROOKSTONE, SUITE 157<br>2025 NORTH THIRD STREET<br>PHOENIX, AZ 85004 | Administrative | | $466.96 | $113.25 | $353.71 |
| 9999<br>001<br>3210-00 | LANE & NACH<br>THE BROOKSTONE, SUITE 157<br>2025 NORTH THIRD STREET<br>PHOENIX, AZ 85004 | Administrative | | $15,237.50 | $5,106.50 | $10,131.00 |
| 16<br>040<br>5800-00 | RICHARD TUNG<br>2038 W PENINSULA CIRCLE<br>CHANDLER, AZ 85248 | Priority | | $13,025.00 | $0.00 | $13,025.00 |
| 19<br>040<br>5800-00 | JOHN RECHE<br>945 EAST VERDE LANE<br>TEMPE, AZ 85284-1507 | Priority | | $4,200.00 | $0.00 | $4,200.00 |
| 1<br>080<br>7100-00 | INTERCALL<br>ATTN MELODY LOHR<br>11808 MIRICLE HILLS DR<br>OMAHA NE 68154 | Unsecured | | $1,104.72 | $0.00 | $1,104.72 |
| 10<br>080<br>7100-00 | SUN AUTOMATION INC<br>3 13 5 N DELAWARE ST, SUITE #3<br>CHANDLER AZ 85225 | Unsecured | | $1,727.72 | $0.00 | $1,727.72 |
| 11<br>080<br>7100-00 | ATOTECH USA<br>PO BOX 533378<br>CHARLOTTE, NC 28290-3378 | Unsecured | | $3,138.58 | $0.00 | $3,138.58 |
| 12<br>080<br>7100-00 | MIKE MEZAPELLE<br>IO GREENS CIRCLE<br>STAMFORD, CT 06903 | Unsecured | | $2,500.00 | $0.00 | $2,500.00 |

Case Number: 09-19665-PHX Claim Class Sequence
Debtor Name: SURFECT HOLDINGS INC

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 13<br>080<br>7100-00 | EQUISOLVE<br>2455 E SUNRISE BLVD #1201<br>FT. LAUDERDALE, FL 33304 | Unsecured | | $4,492.00 | $0.00 | $4,492.00 |
| 14<br>080<br>7100-00 | CORPORATE CREATIONS INTERNATIONAL, INC.<br>11380 PROSPERITY FARMS ROAD, SUITE 221 E<br>PLAM BEACH GARDENS, FLORIDA 33410 | Unsecured | | $797.00 | $0.00 | $797.00 |
| 15<br>080<br>7100-00 | ONEBEACON INSURANCE<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MARYLAND 21094 | Unsecured | | $1,654.00 | $0.00 | $1,654.00 |
| 17<br>080<br>7100-00 | INTEGRA TELECOM<br>1201 NE LLOYD BLVD.<br>STE 500<br>PORTLAND, OR 97232 | Unsecured | | $6,202.41 | $0.00 | $6,202.41 |
| 18<br>080<br>7100-00 | ENTHONE INC.<br>5632 COLLECTINS CENTER<br>CHICAGO, IL 60693-5632 | Unsecured | | $9,749.10 | $0.00 | $9,749.10 |
| 2<br>080<br>7100-00 | ACCOUNTEMPS<br>DIV OF ROBERT HALF INTERNATIONAL<br>5720 STONERIDGE DRIVE STE 3<br>PLEASANTON CA 94588<br>ATTN MARY GONZALEZ | Unsecured | | $22,020.00 | $0.00 | $22,020.00 |
| 20<br>080<br>7100-00 | KEY EQUIPMENT FINANCE, INC.<br>1000 S. MCCASLIN BLVD<br>SUPERIOR, CO 80027 | Unsecured | | $18,936.09 | $0.00 | $18,936.09 |
| 21<br>080<br>7100-00 | PROSEASON INC<br>136 WINTERCREST DR<br>KALISPELL MT 59901 | Unsecured | | $8,864.33 | $0.00 | $8,864.33 |
| 22B<br>080<br>7100-00 | NNR GLOBAL LOGISTICS USA INC<br>450 EAST DEVON #260<br>ITASCA IL 60143 | Unsecured | | $2,780.02 | $0.00 | $2,780.02 |
| 23<br>080<br>7100-00 | FEDEXFREIGHT INC FKA FEDEX FREIGHT EAST AND FEDEX FREIGHT WEST<br>P O BOX 840<br>HARRISON AR 72602-0840 | Unsecured | | $282.70 | $0.00 | $282.70 |
| 24<br>080<br>7100-00 | DE LAGE LANDEN FINANCIAL SVCS INC<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE PA 19087 | Unsecured | | $2,385.49 | $0.00 | $2,385.49 |

Case Number: 09-19665-PHX
Debtor Name: SURFECT HOLDINGS INC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 26<br>080<br>7200-00 | LUC BERTHOUD<br>ATTENHOFERSTASSE 10, 8032<br>ZURICH, SWITZERLAND | Unsecured | | $72,000.00 | $0.00 | $72,000.00 |
| 27<br>080<br>7200-00 | LUC BERTHOUD<br>ATTENHOFERSTASSE 10, 8032<br>ZURICH, SWITZERLAND | Unsecured | | $72,000.00 | $0.00 | $72,000.00 |
| 28<br>080<br>7200-00 | ACCOUNTEMPS DIV. OF ROBERT<br>HALF INTERNATIONAL<br>ATTN: KAREN LIMA PO BOX 5024<br>SAN RAMON CA 94583-9128 | Unsecured | | $22,020.00 | $0.00 | $22,020.00 |
| 29<br>080<br>7200-00 | ACCOUNTEMPS DIV. OF ROBERT<br>HALF INTERNATIONAL<br>ATTN: KAREN LIMA PO BOX 5024<br>SAN RAMON CA 94583-9128 | Unsecured | | $36,871.59 | $0.00 | $36,871.59 |
| 3<br>080<br>7100-00 | ACCOUNTEMPS<br>DIV OF ROBERT HALF<br>INTERNATIONAL<br>5720 STONERIDGE DRIVE STE 3<br>PLEASANTON CA 94588<br>ATTN MARY GONZALEZ | Unsecured | | $36,871.59 | $0.00 | $36,871.59 |
| 30<br>080<br>7200-00 | ROBERT HALF MANAGEMENT<br>DIV. OF ROBERT HALF<br>INTERNATIONAL<br>ATTN: KAREN LIMA<br>PO BOX 5024<br>SAN RAMON CA 94583-9128 | Unsecured | | $36,871.59 | $0.00 | $36,871.59 |
| 31<br>080<br>7200-00 | ACCOUNTEMPS DIV. OF ROBERT<br>HALF INTERNATIONAL<br>ATTN: KAREN LIMA PO BOX 5024<br>SAN RAMON CA 94583-9128 | Unsecured | | $22,020.00 | $0.00 | $22,020.00 |
| 32B<br>080<br>7200-00 | INNOVATOR CAPITAL LIMITED<br>20 DERING STREET FOURTH<br>FLOOR<br>LONDON UNITED KINGDOM WIS<br>1AJ | Unsecured | | $88,552.86 | $0.00 | $88,552.86 |
| 4<br>080<br>7100-00 | HAYNES AND BOONE, LLP<br>ATTN: STEPHEN PEZANOSKY,<br>PARTNER<br>2323 VICTORY AVENUE<br>SUITE 700<br>DALLAS, TX 75219 | Unsecured | | $232,712.59 | $0.00 | $232,712.59 |
| 5<br>080<br>7100-00 | PRAXAIR DISTRIBUTION INC<br>C/O RMS BANKRUPTCY<br>RECOVERY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MARYLAND 21094 | Unsecured | | $1,409.55 | $0.00 | $1,409.55 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: May 07, 2013

Case Number: 09-19665-PHX
Debtor Name: SURFECT HOLDINGS INC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6<br>080<br>7100-00 | QWEST CORPORATION<br>1801 CALIFORNIA ST. RM 900<br>ATTN: BANKRUPTCY<br>DENVER, CO 80202 | Unsecured | | $743.62 | $0.00 | $743.62 |
| 7<br>080<br>7100-00 | SEMTEC LABORATORIES<br>5025 SOUTH 33RD STREET<br>PHOENIX, AZ 85282 | Unsecured | | $185.00 | $0.00 | $185.00 |
| 8<br>080<br>7100-00 | NANOSHIFT LLC<br>6 SEABREEZE DRIVE<br>RICHMOND, CA 94804 | Unsecured | | $6,776.12 | $0.00 | $6,776.12 |
| 9<br>080<br>7100-00 | IMAGE TECHNOLOGY, INC.<br>821 SAN ANTONIO RD<br>PALO ALTO, CA 94303 | Unsecured | | $5,309.67 | $0.00 | $5,309.67 |
| 22A<br>020<br>4110-00 | NNR GLOBAL LOGISTICS USA INC<br>450 EAST DEVON #260<br>ITASCA IL 60143 | Secured | | $4,855.91 | $0.00 | $4,855.91 |
| 25<br>020<br>4110-00 | LUC BERTHOUD<br>ATTENHOFERSTASSE 10, 8032<br>ZURICH, SWITZERLAND | Secured | | $72,000.00 | $0.00 | $72,000.00 |
| 32A<br>020<br>4110-00 | INNOVATOR CAPITAL LIMITED<br>20 DERING STREET FOURTH FLOOR<br>LONDON UNITED KINGDOM WIS 1AJ | Secured | | $100,000.00 | $0.00 | $100,000.00 |
| | Case Totals: | | | $934,825.62 | $9,281.66 | $925,543.96 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-19665-PHX
Case Name: SURFECT HOLDINGS INC
Trustee Name: BRIAN J. MULLEN

Balance on hand $ 11,322.88

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 22A | NNR GLOBAL LOGISTICS USA INC | $ 4,855.91 | $ 4,855.91 | $ 0.00 | $ 0.00 |
| 25 | LUC BERTHOUD | $ 72,000.00 | $ 72,000.00 | $ 0.00 | $ 0.00 |
| 32A | INNOVATOR CAPITAL LIMITED | $ 100,000.00 | $ 100,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 11,322.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRIAN J. MULLEN | $ 2,836.01 | $ 0.00 | $ 2,836.01 |
| Trustee Expenses: BRIAN J. MULLEN | $ 96.16 | $ 0.00 | $ 96.16 |
| Attorney for Trustee Fees: LANE & NACH | $ 15,237.50 | $ 5,106.50 | $ 8,099.26 |
| Attorney for Trustee Expenses: LANE & NACH | $ 466.96 | $ 113.25 | $ 291.45 |
| Auctioneer Fees: CUNNINGHAM & ASSOCIATES | $ 2,020.35 | $ 2,020.35 | $ 0.00 |
| Auctioneer Expenses: CUNNINGHAM & ASSOCIATES | $ 2,041.56 | $ 2,041.56 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 11,322.88 |
| Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 17,225.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | RICHARD TUNG | $ 13,025.00 | $ 0.00 | $ 0.00 |
| 19 | JOHN RECHE | $ 4,200.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 370,642.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | INTERCALL | $ 1,104.72 | $ 0.00 | $ 0.00 |
| 2 | ACCOUNTEMPS | $ 22,020.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | ACCOUNTEMPS | $ 36,871.59 | $ 0.00 | $ 0.00 |
| 4 | HAYNES AND BOONE, LLP | $ 232,712.59 | $ 0.00 | $ 0.00 |
| 5 | PRAXAIR DISTRIBUTION INC | $ 1,409.55 | $ 0.00 | $ 0.00 |
| 6 | QWEST CORPORATION | $ 743.62 | $ 0.00 | $ 0.00 |
| 7 | SEMTEC LABORATORIES | $ 185.00 | $ 0.00 | $ 0.00 |
| 8 | NANOSHIFT LLC | $ 6,776.12 | $ 0.00 | $ 0.00 |
| 9 | IMAGE TECHNOLOGY, INC. | $ 5,309.67 | $ 0.00 | $ 0.00 |
| 10 | SUN AUTOMATION INC | $ 1,727.72 | $ 0.00 | $ 0.00 |
| 11 | ATOTECH USA | $ 3,138.58 | $ 0.00 | $ 0.00 |
| 12 | MIKE MEZAPELLE | $ 2,500.00 | $ 0.00 | $ 0.00 |
| 13 | EQUISOLVE | $ 4,492.00 | $ 0.00 | $ 0.00 |
| 14 | CORPORATE CREATIONS INTERNATIONAL, INC. | $ 797.00 | $ 0.00 | $ 0.00 |
| 15 | ONEBEACON INSURANCE | $ 1,654.00 | $ 0.00 | $ 0.00 |
| 17 | INTEGRA TELECOM | $ 6,202.41 | $ 0.00 | $ 0.00 |
| 18 | ENTHONE INC. | $ 9,749.10 | $ 0.00 | $ 0.00 |
| 20 | KEY EQUIPMENT FINANCE, INC. | $ 18,936.09 | $ 0.00 | $ 0.00 |
| 21 | PROSEASON INC | $ 8,864.33 | $ 0.00 | $ 0.00 |
| 22B | NNR GLOBAL LOGISTICS USA INC | $ 2,780.02 | $ 0.00 | $ 0.00 |
| 23 | FEDEXFREIGHT INC FKA FEDEX | $ 282.70 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 24 | DE LAGE LANDEN FINANCIAL SVCS INC | $ 2,385.49 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 350,336.04 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 26 | LUC BERTHOUD | $ 72,000.00 | $ 0.00 | $ 0.00 |
| 27 | LUC BERTHOUD | $ 72,000.00 | $ 0.00 | $ 0.00 |
| 28 | ACCOUNTEMPS DIV. OF ROBERT HALF INTERNATIONAL | $ 22,020.00 | $ 0.00 | $ 0.00 |
| 29 | ACCOUNTEMPS DIV. OF ROBERT HALF INTERNATIONAL | $ 36,871.59 | $ 0.00 | $ 0.00 |
| 30 | ROBERT HALF MANAGEMENT | $ 36,871.59 | $ 0.00 | $ 0.00 |
| 31 | ACCOUNTEMPS DIV. OF ROBERT HALF INTERNATIONAL | $ 22,020.00 | $ 0.00 | $ 0.00 |
| 32B | INNOVATOR CAPITAL LIMITED | $ 88,552.86 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE